UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     v.<br><br>**DAVID AVALO, et al**<br><br>          **Defendants.** | No. 24-CR-10281-IT |

## MOTION FOR ATTORNEY WITHDRAWAL

The United States respectfully moves the Court to withdraw the undersigned attorney's appearance on behalf of the United States in this matter. As basis for the withdrawal, the undersigned notes that other counsel represents the United States in this matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:     */s/ Lucy Sun*
Lucy Sun
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston MA 02210

Dated:  February 3, 2025

**CERTIFICATE OF SERVICE**

The government hereby certifies that the foregoing was this day filed though ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

                                               */s/ Lucy Sun*
                                               Lucy Sun
                                               Assistant United States Attorney
                                               Dated:  February 3, 2025